IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00962-WJM-KLM

TISHA K. LAFROMBOISE, as an individual and former vice president,

    Plaintiff,

v.

STURM FINANCIAL GROUP, INC., a foreign Wyoming corporation d/b/a American National Bank, a Colorado bank, and
UNKNOWN DOE DEFENDANTS 1 through 5,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Sturm Financial Group, Inc.'s **Unopposed Motion to Vacate Scheduling/Planning Conference** [Docket No. 41; Filed October 11, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for October 20, 2011 at 11:00 a.m. is **VACATED** and is **RESET** to **December 6, 2011** at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **December 1, 2011**.

    Dated: October 13, 2011